**Order filed June 16, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00393-CV
_____

**ALI REZA LAHIJANI, Appellant**

**V.**

**MERIT ENERGY COMPANY, L.L.C., Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-42539**

# O R D E R

The clerk's record was filed June 11, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the return of service of citation for Devon Energy Corporation.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 23, 2022**, containing the return of service of citation for Devon Energy Corporation.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.